THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

H.C. and Y.C., *et al.*,

    Plaintiffs,

    v.                        Case No.  1:20cv944

Governor of the
State of Ohio, *et al.*,             Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on a Motion for Admission *Pro Hac Vice* (Doc. 11) filed on December 3, 2020.

On December 9, 2020, the Clerk's Office issued a Notice of Deficiency (Doc. 23) indicating the motion did not contain the required certificate of good standing because it was not from the highest court of a State or the District of Columbia.   The deadline to cure this deficiency was December 23, 2020.   To date, no corrected documents have been submitted per the required fourteen (14) days.

Accordingly, and pursuant to the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the Motion (Doc. 11) is hereby **DENIED**.

    **IT IS SO ORDERED**.

                                *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court