**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**Filed Electronically**

| | | |
|---|---|---|
| H.C. and Y.C., minors by their Next Friend, T.M., et al. | : | Case No. 1:20-cv-00944 |
| Plaintiffs, | : | Judge Michael Barrett |
| v. | : | |
| MIKE DeWINE, et al. | : | **NOTICE OF FILING OF CORRECTED CERTIFICATE OF GOOD STANDING FOR PRO HAC VICE MOTION OF JULIE ANN GRYCE** |
| Defendants. | : | |

Notice is hereby given that the Plaintiffs are filing the Corrected Certificate of Good Standing for the Pro Hac Vice Motion of Julie Ann Gryce.

/s/ Jay R. Langenbahn
JAY R. LANGENBAHN      0009460
LINDHORST & DREIDAME CO., L.P.A.
Trial Attorneys for Plaintiffs
312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202
Telephone: (513) 421-6630
Facsimile: (513) 421-0212
Email: jlangenbahn@lindhorstlaw.com

**CERTIFICATE OF SERVICE**

This certifies that the foregoing Notice of Filing of Corrected Certificate of Good Standing was filed electronically on January 7, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b)(2)(E).

**MIKE DeWINE**,
Office of the Governor
77 South High Street, 30th Floor,
Columbus, Ohio 43215

Also served on:

Mike DeWine, Governor of the State of Ohio
c/o Dave Yost, Ohio Attorney General
30 East Broad Street, 4th Floor,
Columbus, Ohio 43215

/s/ Jay R. Langenbahn
Jay R. Langenbahn