

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *JULIE ANN GRYCE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that JULIE ANN GRYCE, #319530, was on the 21st day of December 2017, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 15th day of December 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By
M. Alfaro, Deputy Clerk