**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**Filed Electronically**

| | | |
|---|---|---|
| H.C. and Y.C., minors by their Next Friend, T.M., et al. | : | Case No. 1:20-cv-00944 |
| | : | |
| Plaintiffs, | : | Judge Michael Barrett |
| | : | |
| v. | : | |
| | : | |
| MIKE DeWINE, et al. | : | |
| Defendants. | : | |
| | : | |

**MOTION FOR ADMISSION PRO *HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e), Jay R. Langenbahn, trial attorney for Plaintiffs H.C. and Y.C. minors by their Next Friend, T.M.; B.F., a minor by her Next Friend, D.R.; and T.E., a minor by his Next Friends, K.T. and T.T.; and T.M., D.R., and T.T. (collectively, the "Plaintiffs"), in the above-referenced action, hereby moves the Court to admit Julie A. Gryce, *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Julie A. Gryce is a member of good standing of the highest court of the State of California as attested by the accompanying certificate from that court and that Julie A. Gryce is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee. Julie A. Gryce's relevant identifying information is as follows:

**Business Telephone:** 619-699-2743

**Business Fax:** 619-674-6743

**Business Address:** DLA Piper LLP (US), 401 B Street, Suite 1700, San Diego, CA 92101-4297

**Business E-mail Address:**  julie.gryce@us.dlapiper.com

/s/ Jay R. Langenbahn
JAY R. LANGENBAHN          0009460
LINDHORST & DREIDAME CO., L.P.A.
Trial Attorneys for Plaintiffs
312 Walnut Street, Suite 3100
Cincinnati, Ohio 45202
Telephone:   (513) 421-6630
Facsimile:   (513) 421-0212
Email:       jlangenbahn@lindhorstlaw.com

## CERTIFICATE OF SERVICE

This certifies that the foregoing Motion for Admission Pro Hac Vice was filed electronically on January 8, 2021. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system pursuant to Fed. R. Civ. P. 5(b) (2) (E).

**MIKE DeWINE**,
Office of the Governor
77 South High Street, 30th Floor,
Columbus, Ohio 43215

Also served on:

Mike DeWine, Governor of the State of Ohio
c/o Dave Yost, Ohio Attorney General
30 East Broad Street, 4th Floor,
Columbus, Ohio 43215

/s/ Jay R. Langenbahn
Jay R. Langenbahn

2