UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
*Electronically filed*

| | |
|---|---|
| **H.C.** and **Y.C.**, minors by their Next Friend, T.M., et al. ) ) ) | |
| ) | Case No. 1:20-cv-00944 |
| Plaintiffs, ) ) | |
| ) | Judge Barrett |
| v. ) ) ) | |
| **MIKE DeWINE**, et al. ) ) | [PROPOSED] ORDER OF ADMISSION PRO HAC VICE |
| Defendants. ) ) | |

The Motion for Admission Pro Hac Vice of Julie A. Gryce having been filed in this case pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), and considered by the undersigned,

IT IS HEREBY ORDERED that, Julie A. Gryce who represents the Plaintiffs, be **GRANTED** admission *pro hac vice* in this case.

_____
JUDGE MICHAEL R. BARRETT


DATE:_____

Order Prepared By:

By: /s/ Jay R. Langenbahn (# 0009460)
Jay R. Langenbahn
**LINDHORST & DREIDAME, CO., L.P.A**
Trial Attorney for Plaintiffs
312 Walnut Street Suite 3100
Cincinnati, OH 45202
513-421-6630
jlangenbahn@lindhorstlaw.com

Copy to:

**MIKE DeWINE**,
Office of the Governor
77 South High Street, 30th Floor,
Columbus, Ohio 43215

Also served on:

Mike DeWine, Governor of the State of Ohio
c/o Dave Yost, Ohio Attorney General
30 East Broad Street, 4th Floor,
Columbus, Ohio 43215

**KIMBERLY HALL**,
Director of the Ohio Department of Jobs and Family Services,
The Ohio Department of Job & Family Services
30 East Broad Street, 31st Floor
Columbus, Ohio 43215-3414

Also served on:

Kimberly Hall, Director of the Ohio Department
Of Jobs and Family Services
c/o Dave Yost, Ohio Attorney General
30 East Broad Street, 14th Floor,
Columbus, Ohio 43215