# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| T.M. Next Friend on behalf of H.C., et al. | 1:20-cv-00944 |
| DEFENDANT | TYPE OF PROCESS |
| Governor of the State of Ohio, et al. | |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Mike DeWine, Governor of the Stae of Ohio, c/o Dave Yost, Ohio Attorney General

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30 East Broad Street, 14th Floor, Columbus, OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 513-421-6630
DATE: 11/23/20

[Stamp: FILED RICHARD W. NAGEL CLERK OF COURT, U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI, 21 JAN 12 AM]

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 4 of 4 | No. 61 | No. 61 | Claudia S. Johnson | 12-8-2020 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
DUNN

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-28-20
Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy: Claudia S Johnson

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0.00 |

REMARKS: CERT MAIL: 7017 1450 0002 3613 1278

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| T.M. Next Friend on behalf of H.C., et al. | 1:20-cv-00944 |
| DEFENDANT | TYPE OF PROCESS |
| Kimberly Hall in her official capacity as Director of the Ohio Dept. of Jobs & Families | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kimberly Hall, Director Ohio Department of Jobs & Family Services
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30 East Broad Street, 31st Floor, Columbus, OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 513-421-6630
DATE: 11/25/20

FILED JAN 12 AM 8:51 RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2 of 4
District of Origin No. 61
District to Serve No. 61
Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson
Date: 12-8-20

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): DUNN

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-28-20
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | $0.00 |

REMARKS: CERT MAIL 7017 1450 0002 3613 1155

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| T.M. Next Friend on behalf of H.C., et al. | 1:20-cv-00944 |
| DEFENDANT | TYPE OF PROCESS |
| Kimberly Hall, Director of Ohio Dept. of Jobs & Families c/o Dave Yost, Attorney General | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kimberly Hall, Dept. of Jobs & Families, c/o Dave Yost, Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30 East Broad Street, 14th Floor, Columbus, OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jay R. Langenbahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

[Filed stamp: JAN 12 AM 8:... U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI — RICHARD W. NAGEL CLERK OF COURT]

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: 513-421-6630
DATE: 11/25/20

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| (Sign only for USM 285 if more than one USM 285 is submitted) | 3 of 4 | No. 61 | No. 61 | Claudia S. Johnson | 12-8-2020 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above): DUNN

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-28-20   Time: [ ] am [ ] pm

Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0.00 |

REMARKS: CERT MAIL 7017 1450 0062 3613 1148

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00



# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| T.M. Next Friend on behalf of H.C., et al. | 1:20-cv-00944 |
| DEFENDANT | TYPE OF PROCESS |
| Governor of the State of Ohio, et al. | |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Mike DeWine, in his official capacity as Governor of the State of Ohio, Office of the Governor
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 77 South High Street, 30th Floor, Columbus, OH 43215

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jay R. Langebahn
Lindhorst & Dreidame Co., L.P.A.
312 Walnut Street, Suite 3100
Cincinnati, OH 45202

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 513-421-6630
DATE: 11/25/20

FILED RICHARD W. NAGEL CLERK OF COURT U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI 21 JAN 12 AM 8:52

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
- Total Process: 1 of 4
- District of Origin No. 61
- District to Serve No. 61
- Signature of Authorized USMS Deputy or Clerk: Claudia S. Johnson
- Date: 12-8-20

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): NO SIGNATURE AVAILABLE

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 12-28-20
Time: [ ] am [ ] pm
Signature of U.S. Marshal or Deputy: Claudia S. Johnson

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8 | | | $8 | | $0.00 |

REMARKS: CERT MAIL 7017 1450 0002 3613 1162
SEE ATTACHED USPS TRACKING PRINTOUT.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPLOYEE AVAILABILITY DUE TO THE IMPACTS OF COVID-19. WE APPRECIATE YOUR PATIENCE.

# USPS Tracking®

FAQs

**Track Another Package +**

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

**Tracking Number:** 70171450000236131162

Remove

Your item was picked up at a postal facility at 10:00 am on December 28, 2020 in COLUMBUS, OH 43216.

### Delivered

December 28, 2020 at 10:00 am
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43216

**Get Updates**

---

**Text & Email Updates**

---

**Tracking History**

**December 28, 2020, 10:00 am**
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43216
Your item was picked up at a postal facility at 10:00 am on December 28, 2020 in COLUMBUS, OH 43216.

**December 28, 2020, 9:45 am**
Out for Delivery
COLUMBUS, OH 43216

**December 28, 2020, 9:34 am**
Arrived at Unit
COLUMBUS, OH 43216

**December 27, 2020**
In Transit to Next Facility

**December 24, 2020, 6:02 am**
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**December 22, 2020, 11:00 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

**December 21, 2020, 9:01 pm**
Arrived at USPS Regional Facility
CINCINNATI OH DISTRIBUTION CENTER