UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

H.C. and Y.C., *et al.*,

    Plaintiffs,

v.

    Case No. 1:20cv944

DeWine, *et al.*,

    Judge Michael R. Barrett

    Defendants.

    MATTER CONDUCTED BY VIDEO

## CIVIL MINUTES

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Lindsay Littleton - by video
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** January 28, 2021    **TIME:** 2:07 - 3:54 = 1:34

**Attorney for Plaintiff(s):**
Jay Langenbahn    Julie Gryce
Richard Dawahar   Stephanie Person
Eric Thompson
Daniel Turinsky
Ira Lustbader
Eric Frick
Jonathan Kinney

**Attorney for Defendant(s):**
Theresa Dirisamer, OHJFS
Angela Sulliven, OHJFS
Ann Yeckshaw, Governor
Andrew McCartney, Governor

### WITNESSES

### PROCEDURES

✓ Counsel Present.
✓ Matters heard: Motion to Dismiss (Doc. 34); PI (Doc. 31) + the Court will FU w/ parties re: Responses to Motion for Class Cert (Doc. 19)
✓ Court's decision to follow.
\_\_\_ Court ordered in open court that _____

Remarks: