# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

H.C. and Y.C., minors by their Next
Friend, T.M., *et al.*,

    Plaintiffs,

               v.

Governor of the State of Ohio, *et al.*,

    Defendants.

Case No. 1:20cv944

Judge Michael R. Barrett

## JUDGMENT IN A CIVIL CASE

**[ ]**   **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**   **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:   For the foregoing reasons, it is hereby **ORDERED** Defendant DeWine's Motion to Dismiss (Doc. 34) is **GRANTED**, as he is entitled to Eleventh Amendment immunity; Defendant Damschroder's Motion to Dismiss (Doc. 49) is **GRANTED**, as Plaintiffs fail to state a claim upon which relief can be granted.   This matter is **CLOSED** and **TERMINATED** from the active docket of this Court.

Date: July 29, 2021

                              Richard W. Nagel, Clerk
                                          Clerk

                       By:       *S/Barbara A. Crum*
                                Deputy Clerk